UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 04-30026-MAP |
| | ) | |
| | ) | VIOLATIONS: |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) - |
| v. | ) | Distribution and Possession |
| | ) | with Intent To Distribute |
| | ) | Cocaine (Count One) |
| | ) | |
| CHARLES WINSTON, | ) | 18 U.S.C. § 924(c) - |
| a/k/a "SWEET CHUCK," | ) | Possession of a Firearm in |
| | ) | Furtherance of a Drug |
| Defendant. | ) | Trafficking Crime (Count Two) |

## INDICTMENT

The Grand Jury charges that:

COUNT ONE:   Title 21, United States Code, Section 841(a)(1), Distribution of Cocaine; Title 18, United States Code, Section 2, Aiding and Abetting

1. On or about October 15, 2003, in Springfield, Massachusetts,

CHARLES WINSTON
a/k/a "SWEET CHUCK"

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

<u>**COUNT TWO:**</u>      **Title 18, United States Code, Section 924(c)(1) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

1.  On or about October 15, 2003, in Springfield, Massachusetts,

**CHARLES WINSTON
a/k/a "SWEET CHUCK"**

defendant herein, did knowingly and intentionally possess a .45 caliber Masterpiece Arms pistol, bearing serial number A1116, in furtherance of a drug trafficking crime, namely, Distribution of Cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 18, United States Code, Section 924(c)(1).

**FORFEITURE ALLEGATIONS**

**Title 21, United States Code, Section 853, Criminal Forfeiture**

1. The allegations of Count One of this Indictment are hereby repeated and incorporated herein by reference for the purpose of alleging forfeiture to the United States under Title 21, United States Code, Section 853.

2. Upon conviction on Count One hereof, the defendant **Charles Winston** shall forfeit to the United States any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of said violations, and any of the defendant's property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, making all such real and/or personal property subject to forfeiture to the United States of America, pursuant to Title 21, United States Code, Section 853(a)(1), (a)(2), and (d), including, but not limited to, a blue 2003 BMW, Model X5, motor vehicle, bearing Vehicle Identification Number (VIN) 5UXF8935X3LW80360, and registration number 86YF19.

If any of the property subject to forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853(a), as a result of any act or omission of the above-named defendant:

>    a.   cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States intends to seek forfeiture of any other property of the defendant, such property being known and unknown to the Grand Jury, up to the value of any property described in the previous paragraphs of this Count, pursuant to Title 21, United States Code, Section 853(p).

 All pursuant to Title 21, United States Code, Section 853(a).

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
Ariane D. Vuono
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:

   Returned into the District Court by the Grand Jurors and filed on May 11, 2004.

_____
DEPUTY CLERK OF THE COURT

5