AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

SCANNED

APPEARANCE

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

*CHARLES WINSTON*

Date: *May 18, 2004*

Signature: *[signature]*

Print Name: *DAVID P HOOSE*

Address: *1145 MAIN ST*

City: *SPRINGFIELD*   State: *MA*   Zip Code: *01103*

Phone Number: *413 732-1939*