UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIM. NO. 04-30026-MAP |
| v. ) | |
| ) | |
| CHARLES WINSTON ) | |
|     a/k/a "SWEET CHUCK" ) | |

**GOVERNMENT'S MOTION TO ENLARGE TIME
FOR FILING OF THE PARTIES' INITIAL STATUS REPORT**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that this Court permit the government to file the attached Initial Status Conference Report Pursuant To Local Rule 116.5(A) one day late. As grounds for this motion, the government states that the report was due on July 16, 2004, but that office duties and responsibilities have prevented undersigned counsel from completing its report within the time ordered by the Court.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney
                By:
                                      Thomas J. O'Connor, Jr.
                                      Assistant U.S. Attorney

Dated: July 19, 2004

CERTIFICATE OF SERVICE

Hampden, ss.                           Springfield, Massachusetts
                                       July 20, 2004

    I, Thomas J. O'Connor, Jr., Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by fax and by mail to

David P. Hoose, Esq.
Katz, Sasson, Hoose & Turnbull
1145 Main Street, Suite 304
Springfield, MA 01103
fax number (413) 746-5767

Thomas J. O'Connor, Jr.
Assistant U.S. Attorney