AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA

**NOTICE**

V.

CHARLES WINSTON

CASE NUMBER:     04-30026-MAP

TYPE OF CASE:

G  CIVIL          ☒  CRIMINAL

☐  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, MA 01103 | DATE AND TIME |

TYPE OF PROCEEDING

STATUS CONFERENCE

☒  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | July 20, 2004 at 2:00 p.m. | **July 29, 2004, at 1:45 p.m.** |

TONY ANASTAS, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

July 20, 2004

/s/ Bethaney A. Healy

DATE

(BY) DEPUTY CLERK

TO:      All counsel of record