UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )
     v.                     )   Criminal No. 04-30026-MAP
                            )
                            )
CHARLES WINSTON,            )
          Defendant         )

INTERIM SCHEDULING ORDER
July 29, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day:

1. Defendant shall respond to the Government's Motion to Join by September 13, 2004.

2. An interim status conference will be held on September 20, 2004, at 2:00 p.m. in Courtroom III.

3. On or before the close of business, September 16, 2004, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge