UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * *
                                *
UNITED STATES OF AMERICA        *
                                *
     v.                         *   CRIMINAL NO. 03-30008-MAP
                                *
CHARLES WINSTON, JR.            *
                                *
* * * * * * * * * * * * * * * *
```

### DEFENDANT'S MOTION TO EXTEND TIME WITHIN WHICH TO FILE OPPOSITION TO MOTION FOR JOINDER

Now comes the defendant in the above captioned matter and requests that this Honorable Court extend the time within which he must file his Opposition to the Government's Motion for Joinder. In support of this motion counsel states that he has missed many days of work due to having to take his son to college, counsel's illness, an unexpected surgery on his mother and a budget that is due on another case in the Northern District of Georgia. Counsel has also lost several days of work from his law clerk who is assisting in this matter. Counsel requests that he be granted an extension to September 27 to file this brief.

THE DEFENDANT
By: [signature]

DAVID P. HOOSE, BBO#239400
KATZ, SASSON, HOOSE & TURNBULL
1145 Main Street, Suite 304
Springfield, MA 01103
(413) 732-1939

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: 9/10/04  [signature]