UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CRIM. NO. 04-30026-MAP |
| | ) and |
| v. | ) CRIM. NO. 03-30008-MAP |
| | ) |
| | ) |
| CHARLES WINSTON | ) |
|    a/k/a "SWEET CHUCK" | ) |

### GOVERNMENT'S MOTION TO CONTINUE THE HEARING ON THE DEFENDANT'S MOTION TO SUPPRESS AND THE GOVERNMENT'S MOTION TO JOIN
(Assented To)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby respectfully moves the Court to continue the hearing on the defendant's motion to suppress and the government's motion to join, which currently is scheduled for November 23, 2004, at 2:00 p.m., until such time as is convenient for the Court.

As grounds for this motion, the government states that it has not yet served upon the defendant its response to the defendant's motion to suppress, the deadline for the filing of which has been extended until November 19, 2004. As further grounds for this motion, the government states that the Assistant U.S. Attorney who is responding to the defendant's motion to suppress has experienced an unexpected family emergency and at present cannot be certain that she will be available to argue in opposition to the defendant's motion to suppress on the presently scheduled date.

In the interests of the efficiency of the Court and the convenience of the parties, the government further requests that this Court continue the hearing on the government's motion to join - to the extent that the Court is inclined to hear argument on that matter - to the same date and time as the hearing on the defendant's motion to suppress.

The defendant, through his counsel, has assented to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Thomas J. O'Connor, Jr.
Assistant U.S. Attorney

Dated: November 19, 2004

## CERTIFICATE OF SERVICE

Hampden, ss.                    Springfield, Massachusetts
                                November 19, 2004

I, Thomas J. O'Connor, Jr., Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by fax and by mail to:

David P. Hoose, Esq.
Katz, Sasson, Hoose & Turnbull
1145 Main Street, Suite 304
Springfield, MA 01103
Fax (413) 746-5767.

_____
Thomas J. O'Connor, Jr.
Assistant U.S. Attorney