UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-30026-MAP |
| | ) | |
| | ) | |
| CHARLES WINSTON, JR., | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Ponsor, J.) January 28, 2005 <u>Memorandum and Order Regarding Defendant's Motion to Suppress Evidence</u> which granted the defendant Charles Winston, Jr.'s motion to suppress evidence and suppressed "the evidence obtained pursuant to the search warrant and one statement made by the defendant regarding the safe" (docketed on January 28, 2005; docket entry #15).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
THOMAS J. O'CONNOR, JR.
Assistant U.S. Attorney

## Certificate of Service

I, Thomas J. O'Connor, Jr., hereby certify that I have caused a copy of this notice to be served by first-class mail on David P. Hoose, Katz, Sasson, Hoose & Turnbull, Suite 304, 1145 Main Street, Springfield, MA 01103 on February 22, 2005.

Thomas J. O'Connor, Jr.
Assistant U.S. Attorney