UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | Criminal No. 04-30026-MAP |
| ) | |
| CHARLES WINSTON, JR.,    ) | |
| Defendant.    ) | |

## CERTIFICATION

The government has filed a notice of appeal of the district court's January 28, 2005 Memorandum and Order Regarding Defendant's Motion to Suppress Evidence granting the defendant Charles Winston, Jr.'s motion to suppress evidence and suppressing "the evidence obtained pursuant to the search warrant and one statement made by the defendant regarding the safe" (docketed on January 28, 2005). Pursuant to 18 U.S.C. §3731, the United States Attorney hereby certifies to the district court that the appeal is not taken for the purpose of delay and that the evidence is a substantial proof of a fact material in the proceeding.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

### Certificate of Service

I, Thomas J. O'Connor, Jr., hereby certify that I have caused a copy of this notice to be served by first-class mail on David P. Hoose, Katz, Sasson, Hoose & Turnbull, Suite 304, 1145 Main Street, Springfield, MA 01103 on February 17, 2005.

Thomas J. O'Connor, Jr.
Assistant U.S. Attorney