UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.  )<br>)<br>CHARLES WINSTON, JR., )<br>a/k/a "SWEET CHUCK," )<br>)<br>Defendant.  ) | Crim. No. 04-30026-MAP |

## MOTION TO MODIFY THE DOCKET IN CASE NO. 04-CR-30026-MAP

The government files the instant motion to modify the docket pursuant to Federal Rule of Appellate Procedure 10(e). The requested modifications are necessary to ensure a complete record in the government's appeal of the Court's January 28, 2005 suppression order in Case No. 04-CR-30026. Defendant assents to this motion.

1. On January 28, 2005, the Court granted defendant's motion to suppress evidence seized during the October 15, 2003 search of defendant's residence. See Mem. & Order at 15. The government filed a notice of appeal of the Court's order in Case No. 04-CR-30026. See Dkt. #17. The government also filed a notice of appeal of that decision in Case No. 03-CR-30008, see 03-CR-30008 Dkt. #558, but later withdrew its appeal in that case. Thus, the government is appealing the Court's January 28, 2005 suppression order only in Case No. 04-CR-30026.

2. The defendant's motion to suppress and the government's original and supplemental responses to that motion were never docketed in Case No. 04-CR-30026. Those filings were docketed

only in Case No. 03-CR-30008. <u>See</u> 03-CR-30008 Dkt. ##499, 529, & 536. The Court's January 28th opinion states that the suppressed evidence "will not be admitted during the trial on 04-CR-30026." Mem. & Order at 15. Therefore, the parties' briefing of the motion to suppress should be added to the docket in Case No. 04-CR-30026 to ensure that the record is complete in the government's appeal of the Court's suppression ruling.

3. Rule 10(e) of the Federal Rules of Appellate Procedure provides that:

> (2) If anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified and forwarded:
> . . .
>
> > (B) by the district court before or after the record has been forwarded; . .
> > . .

4. Accordingly, the government respectfully requests that the Court modify the docket in Case No. 04-CR-30026 to reflect the filing of defendant's motion to suppress, the government's response to defendant's motion, and the government's December 23, 2004 supplemental response. These documents are docketed in Case No. 03-CR-30008 as entries 499, 529, and 536. The Government further requests that the Court certify and forward these documents, as well as the revised docket sheet in Case No. 04-CR-30026, to the court of appeals to supplement the record on appeal in First Circuit Case No. 05-1312.

5.  As is noted above, counsel for defendant, David P. Hoose, Esq., assents to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Thomas J. O'Connor
Assistant U.S. Attorney

Dated: August 26, 2005


## CERTIFICATE OF SERVICE

Hampden,  ss.                           Springfield, Massachusetts
                                        August 26, 2005

I, Thomas J. O'Connor, Jr., Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail to:

David P. Hoose, Esq.
Katz, Sasson, Hoose & Turnbull
1145 Main Street, Suite 304
Springfield, MA 01103

_____
Thomas J. O'Connor, Jr.
Assistant U.S. Attorney