**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

USCA Docket Number: 05-1312

USDC Docket Number : 04-cr-30026

United States of America

v.

Charles Wilston, Jr.,

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 23-26 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 9, 2005.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/9/05

/s/ Burchard
Deputy Clerk, US Court of Appeals