# United States Court of Appeals
## For the First Circuit

No. 05-1312

UNITED STATES OF AMERICA,

Appellant,

v.

CHARLES WINSTON, JR.,

Defendant, Appellee.

**JUDGMENT**

Entered: April 21, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court is reversed and the case is remanded for further proceedings consistent with the opinion of this date.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: S. Calada  Date: 4-21-06

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Margaret Carter, Chief Deputy Clerk

[certified copies: Honorable Michael A. Ponsor, Sarah A. Thornton, Clerk]

[cc: Mr. O'Connor, Ms. Vuono, Ms. Chaitowitz, Mr. Romano and Mr. Hoose]