✎AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

| FIRST | DISTRICT OF | MASSACHUSETTS |
|---|---|---|

UNITED STATES

v.                                                          **APPEARANCE**

CHARLES WINSTON

Case Number:   04-30026-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States of America

I certify that I am admitted to practice in this court.

| 5/8/06 | /s/   Kenin   O'Regan |
|---|---|
| Date | Signature |

Kevin O'Regan
Print Name                                       Bar Number

1550 Main Street, Room 310
Address

| Springfield | MA | 01103 | |
|---|---|---|---|
| City | State | Zip Code | |

| 413-785-0142 | 413-785-0394 |
|---|---|
| Phone Number | Fax Number |