```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
        v.                     )    CRIMINAL NO. 04-30026-MAP
                               )
CHARLES WINSTON,               )
        Defendant.             )
```

### GOVERNMENT'S MOTION TO SCHEDULE POST REMAND STATUS CONFERENCE

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that the Court schedule a status conference to discuss further proceedings in this case. On June 28, 2006, the Court of Appeals issued a mandate remanding the case to this Court for proceedings consistent with the Court of Appeals' April 26, 2006, judgment.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:     /s/ Kevin O'Regan
        Kevin O'Regan
        Assistant U.S. Attorney

Dated: August 22, 2006

### CERTIFICATE OF SERVICE

August 22, 2006

I certify that I caused the foregoing to be served electronically and by mail on counsel for the defendant, David Hoose, Esq., 1145 Main Street, Suite 304, Springfield, MA 01103.

/s/ Kevin O'Regan
Kevin O'Regan
Assistant U.S. Attorney