UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) NO. 04CR30026-MAP |
| | ) |
| | ) |
| CHARLES WINSTON, | ) |
| Defendant. | ) |

MOTION FOR ISSUANCE OF ARREST WARRANT

The United States Attorney, by and through the undersigned Assistant U.S. Attorney, requests that this Court, pursuant to Federal Rule of Criminal Procedure 9(a), issue an arrest warrant for the above-named defendant who is indicted in the above-captioned case.

As grounds for this motion, the undersigned states that the defendant is presently incarcerated and serving a sentence imposed in a separate case, United States v. Merced, et al, No. 03CR30008-MAP.  The Federal Bureau of Prisons has advised the undersigned that the defendant has a projected release date of September 27, 2007.  It is anticipated that the charges in the present case will not be disposed of prior to defendant's projected release date of September 27, 2007.

WHEREFORE, it is requested that the Court issue an arrest warrant so a detainer may be filed with the Federal Bureau of

Prisons to secure defendant's future court appearances in the above-captioned case.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                        By:  /s/ Kevin O'Regan
                              KEVIN O'REGAN
                              Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

DATED: 1/31/07                              /s/ Kevin O'Regan
                                                      KEVIN O'REGAN
                                                      Assistant U.S. Attorney