**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                    \*
**UNITED STATES OF AMERICA**         \*
                                    \*
                v.                   \*     **CRIMINAL NO.  04-30026-MAP**
                                    \*
**CHARLES WINSTON, JR.**             \*
                                    \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S REQUEST FOR STATUS CONFERENCE
## WITH DEFENDANT PRESENT

Now comes the defendant in the above captioned matter and in accordance with

the earlier instructions of this court, gives notice that the United States Supreme Court

has denied his petition for a writ of certiorari.

Defense counsel requests that this matter be scheduled for a status conference and

that the defendant be transported from FCI Devens to attend, due to the fact that there is a

significant question as to whether the defendant has the financial ability to proceed with

retained counsel or will need counsel appointed pursuant to the Criminal Justice Act.


                        THE DEFENDANT

                        By /s/ DAVID P. HOOSE
                        DAVID P. HOOSE,  BBO#239400
                        KATZ, SASSON, HOOSE & TURNBULL
                        1145 Main Street, Suite 304
                        Springfield, MA  01103
                        (413) 732-1939