UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies,

and to: WARDEN, FCI, FORT DIX, NEW JERSEY

YOU ARE COMMANDED to have the body of CHARLES WINSTON , now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1550 Main St., U.S. Marshal's Office, 4th Floor, Springfield, Massachusetts on  4/16/07 , at  2:00 p.m..  for the purpose of

FINAL HEARING RE: STATUS CONFERENCE ON REMAND

in the case of UNITED STATES OF AMERICA V. CHARLES WINSTON

CR 04-30026-MAP

And you are to retain the body of said CHARLES WINSTON  while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said CHARLES WINSTON  to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this  26TH day of  MARCH 2007       .


PONSOR, D.J.
UNITED STATES DISTRICT JUDGE

SARAH THORNTON
CLERK OF COURT

SEAL

By:  s/Elizabeth A.. French 
Deputy Clerk


(Habeas Writ.wpd - 2/2000)

[kwhcap.] or
[kwhcat.]