```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
                                )
         v.                     )    CRIMINAL NO. 04-30026-MAP
                                )
                                )
CHARLES WINSTON,                )
         Defendant.             )
```

Government's Motion to Extend Time

(Assented To)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that the Court: (1) extend the government's time to file its motion for an order of excludable delay until May 21, 2007, (2) permit defense counsel to respond within ten days, by May 31, 2007, and (3) to reschedule the oral argument on this motion currently scheduled for May 31, 2007.

The attorney for the government responsible for filing this motion has been working on other matters within the U.S. Attorney's Office, including preparing for and arguing the appeal in United States v. Teleguz, No. 06-1751, and gathering twenty-one day pretrial discovery and preparing for trial in United States v. Goyette, 05-30014-MAP.  As a result, he was unable to file this motion by the original due date, May 11, 2007.

Granting this motion to extend time will not effect the trial date, July 16, 2007.

Mr. Winston's attorney, David Hoose, Esq., has assented to this motion.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By:
                                      /s/ Kevin O'Regan
                                      Kevin O'Regan
                                      Assistant U.S. Attorney

Dated: May 20, 2007


## CERTIFICATE OF SERVICE

May 20, 2007

I certify that I caused the foregoing to be served electronically on counsel for the defendant, David Hoose, Esq., 1145 Main Street, Suite 304, Springfield, MA 01103.

                                      /s/ Kevin O'Regan
                                      Kevin O'Regan
                                      Assistant U.S. Attorney