```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSET
```

**UNITED STATES OF AMERICA** )
) 
        v.            )   No. 04-CR-30026-MAP
)
**CHARLES WINSTON, JR.**  )

<u>ORDER REGARDING
GOVERNMENT'S MOTION FOR EXCLUDABLE DELAY
AND DEFENDANT'S MOTION TO DISMISS</u>
(Dkt. Nos. 37 & 38)

June 22, 2007

PONSOR, D.J.

The court heard argument on these motions on June 19, 2007. In light of the scheduled commencement of the trial on July 16, 2007, this abbreviated order will inform counsel of the court's rulings. A longer memorandum, setting forth the court's reasons in greater detail, will follow.

Based upon the violation of the time limitations set forth in the Speedy Trial Act, 18 U.S.C. § 3161, the indictment in this matter is hereby ordered DISMISSED, without prejudice. No plausible exclusion during the time period of January 22, 2007, when the Supreme Court denied Defendant's petition for certiorari, through April 20, 2007, when this

case was set for trial, can reduce the total non-excludable days below the seventy allotted by the Speedy Trial Act.[1]

Based upon the seriousness of the offense, the relatively modest excess of time, the lack of any grievous neglect on the part of the government, and the complex and unusual procedural posture of the case, the court has determined that a dismissal without prejudice is appropriate.

In sum, the government's Motion for Excludable Delay (Dkt. No. 37) is DENIED, and Defendant's Motion to Dismiss (Dkt. No. 38) is ALLOWED.

It is So Ordered.

_____
MICHAEL A. PONSOR
U. S. District Judge

---

[1] It is undisputed that twenty-four days had run from the Speedy Trial clock prior to the government's appeal to the First Circuit Court of Appeals.

2