UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                            CR NO: 04-30026-MAP

CHARLES WINSTON, JR.

ORDER

June 22, 2007

Pursuant to the order issued this date dismissing the above captioned case, it is hereby ordered that the warrant issued on February 2, 2007 to be lodged as a detainer be withdrawn.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U.S. DISTRICT JUDGE