UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.    )<br>)<br>**CHARLES WINSTON,** )<br>  **Defendant** ) | Criminal No. 04-30026-MAP |

### NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Ponsor, J.) June 22, 2007 *Order Regarding Government's Motion for Excludable Delay and Defendant's Motion to Dismiss* (docketed on June 22, 2007) and its June 25, 2007 *Memorandum Regarding Government's Motion for Excludable Delay and Defendant's Motion to Dismiss* (docketed on June 25), which denied the government's motion for an order of excludable delay and which granted the motion to dismiss of the defendant Charles Winston and dismissed the indictment against him.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Kevin O'Regan
Kevin O'Regan
Assistant U.S. Attorney

Certificate of Service

I hereby certify that on July 16, 2007, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Kevin O'Regan
Kevin O'Regan

Assistant U.S. Attorney