## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-30026-MAP

UNITED STATES OF AMERICA,

v.

CHARLES WINSTON,

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

#'S  1 - 34, 36 - 42

and contained in    1    Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  7/16/07    .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on .

Sarah A Thornton, Clerk of Court

By:   /s/ Mary Finn
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____ .

_____
Deputy Clerk, US Court of Appeals

_____
Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

O:\Clerks Office\Forms\Local\ClerksCertificate-COA.frm- 3/06

CLOSED

# United States District Court
# District of Massachusetts (Springfield)
# CRIMINAL DOCKET FOR CASE #: 3:04-cr-30026-MAP All Defendants
# Internal Use Only

Case title: USA v. Winston

Date Filed: 05/11/2004
Date Terminated: 06/22/2007

Assigned to: Judge Michael A Ponsor

Appeals court case number: '05-1312' 'First Circuit'

**Defendant**

**Charles Winston** (1)
*TERMINATED: 06/22/2007*

represented by **David P. Hoose**
Katz, Sasson, Hoose & Turnbull
Suite 304
1145 Main Street
Springfield, MA 01103
413-732-1939
Fax: 413-746-5767
Email: dhoose@ksht.tv
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE COCAINE
(1)

POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME

**Disposition**

Indictment dismissed without prejudice

Indictment dismissed without prejudice

| 05/11/2004 | 1 | INDICTMENT as to Charles Winston (1) count(s) 1, 2. (Healy, Bethaney) (Entered: 05/14/2004) |
|---|---|---|
| 05/14/2004 |  | Set Hearings as to Charles Winston : Arraignment set for 5/18/2004 at 1:45 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman in Courtroom Three. (Healy, Bethaney) (Entered: 05/14/2004) |
| 05/18/2004 | 2 | NOTICE OF ATTORNEY APPEARANCE: David P. Hoose appearing for Charles Winston (Healy, Bethaney) (Entered: 05/19/2004) |
| 05/18/2004 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Initial appearance and arraignment held on May 18, 2004. Deft advised of rights. Deft pleads not guilty to indictment. Schedule established with order to issue. Deft released on the conditions previously established by the court in the matter of 03cr30008 (USA v. Merced, et al.)- no new Order Setting Conditions of Release executed. (Court Reporter Digital Recording.) (Healy, Bethaney) (Entered: 05/19/2004) |
| 05/18/2004 | 4 | NOTICE re automatic disclosure as to Charles Winston (Healy, Bethaney) (Entered: 05/27/2004) |
| 05/19/2004 | 3 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER as to Charles Winston setting Initial Status Conference for 7/20/2004 at 2:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memo by 7/16/04, ENTERED, cc:cl. (Healy, Bethaney) (Entered: 05/21/2004) |
| 06/02/2004 | 5 | Govt's Letter (non-motion) regarding automatic discovery as to Charles Winston filed. (Finn, Mary) (Entered: 06/02/2004) |
| 07/19/2004 | 6 | Govt's motion to ext. time to July 19, 2004 to File the Parties' Initial Status Report as to Charles Winston by USA filed. (Finn, Mary) (Entered: 07/19/2004) |
| 07/19/2004 |  | Judge Kenneth P. Neiman : ELECTRONIC ENDORSED ORDER entered granting the Govt's 6 Motion to ext. time to 7/19/2004 to file the parties joint initial status report; cc/cl. (Finn, Mary) (Entered: 07/19/2004) |
| 07/19/2004 | 7 | INITIAL STATUS REPORT pursuant to L.R. 116.5(A) by USA, Charles Winston as to Charles Winston filed. (Finn, Mary) (Entered: 07/19/2004) |
| 07/20/2004 | 8 | NOTICE OF RESCHEDULING as to Charles Winston ISSUED, cc:cl. Status Conference set for 7/29/2004 at 1:45 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 07/20/2004) |
| 07/27/2004 | 9 | Govt's MOTION to join pursuant to rule 8(a) as to Charles Winston by USA. (Lindsay, Maurice) (Entered: 07/27/2004) |

| | | |
|---|---|---|
| 07/29/2004 | | Electronic Clerk's Notes for proceedings held before Mag. Judge Kenneth P. Neiman. Status Conference as to Charles Winston held on 7/29/2004. Scheduling Order to issue. (Court Reporter Digital Recording.) (Healy, Bethaney) (Entered: 07/29/2004) |
| 07/29/2004 | 10 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER as to Charles Winston ENTERED, cc:cl. Status Conference set for 9/20/2004 at 2:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memo by 9/16/04. (Healy, Bethaney) (Entered: 07/30/2004) |
| 07/29/2004 | 11 | Magistrate Judge Kenneth P. Neiman. INITIAL STATUS REPORT as to Charles Winston, cc:cl. (Healy, Bethaney) (Entered: 07/30/2004) |
| 09/13/2004 | 12 | MOTION for Extension of Time to 9/27/04 to File Response as to 9 MOTION For Joinder as to Charles Winston, filed . (Healy, Bethaney) (Entered: 09/15/2004) |
| 09/15/2004 | | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 12 Motion for Extension of Time until 9/27/04 to File Response to Motion for Joinder as to Charles Winston (1) ENTERED, cc:cl. (Healy, Bethaney) (Entered: 09/15/2004) |
| 09/27/2004 | 13 | RESPONSE to Motion by Charles Winston re 9 MOTION to Consolidate Cases (Healy, Bethaney) (Entered: 10/01/2004) |
| 11/19/2004 | 14 | Govt's motion to cont. the hearing on the Deft's motion to suppress and the Govt's motion to join as to Charles Winston by USA filed. (Finn, Mary) (Entered: 11/22/2004) |
| 11/23/2004 | | Judge Michael A Ponsor : Electronic ORDER entered granting 14 Motion to Continue as to Charles Winston (1) Evidentiary Hearing reset to 12/21/04 at 2:30 p.m. (French, Elizabeth) (Entered: 11/23/2004) |
| 12/21/2004 | | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor :Evidentiary Hearing on Motion to Suppress as to Charles Winston held on 12/21/2004 (2:40p.m. to 4:00 p.m.) Testimony by Agent Gregory Wales and Agent Patrick Burns - Exhibit A into evidence; View of home (safe) where search warrant issued to be taken by Court on 12/23/04 at 10:00 a.m. Oral argument to follow (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 12/22/2004) |
| 12/29/2004 | | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor : View taken to Carr Street; Oral argument on motions held as to Charles Winston held on 12/29/2004 (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 12/29/2004) |
| 01/28/2005 | | Judge Michael A Ponsor : Electronic ORDER entered denying 9 Motion to Consolidate Cases as to Charles Winston (1) (French, Elizabeth) (Entered: 01/28/2005) |

| | | |
|---|---|---|
| 01/28/2005 | 15 | Judge Michael A Ponsor : MEMORANDUM AND ORDER RE: Deft. Charles Winston, Jr.'s motion to suppress evidence - (Document #[499] in CR-30008-MAP). The Deft's motion to suppress is ALLOWED. The evidence obtained pursuant to the search warrant and the one statement made by the Deft. re: the safe will not be admitted during the trial on 04-CR-30026. This ruling does not appear to affect any evidence in 03-CR-30008. The Govt. is ordered to notify the Court on or before 2/25/2005 re: its intent to proceed on 04-CR-30026; cc/cl. (Finn, Mary) (Entered: 01/28/2005) |
| 02/10/2005 | 16 | TRANSCRIPT of Proceedings as to Charles Winston held on 12/21/04 before Judge Michael A. Ponsor. Court Reporter: Alice Moran. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Lindsay, Maurice) (Entered: 02/10/2005) |
| 02/22/2005 | 17 | NOTICE OF APPEAL by USA as to Charles Winston re 15 Order, Filing fee waived. Reason fee is not required: Government's Appeal Appeal Record due by 3/14/2005. (Lindsay, Maurice) (Entered: 02/23/2005) |
| 02/22/2005 | 18 | CERTIFICATION re 17 Notice of Appeal, by USA as to Charles Winston (Lindsay, Maurice) (Entered: 02/23/2005) |
| 02/25/2005 | 19 | TRANSCRIPT of Proceedings as to Charles Winston held on 12/23/04 before Judge Michael A. Ponsor. Court Reporter: Alice Moran. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Lindsay, Maurice) (Entered: 02/25/2005) |
| 03/04/2005 | 20 | Certified and Transmitted Record on Appeal as to Charles Winston to US Court of Appeals re 17 Notice of Appeal - Interlocutory, NOA #17, documents numbered 15, 18, original electronic copies of 1-14 (Ramos, Jeanette) (Entered: 03/04/2005) |
| 03/25/2005 | 21 | USCA Case Number as to Charles Winston 05-1312 for 17 Notice of Appeal - Interlocutory filed by USA,. (Ramos, Jeanette) (Entered: 03/25/2005) |
| 04/01/2005 | 22 | Transmitted Supplemental Record on Appeal as to Charles Winston re 17 Notice of Appeal - Interlocutory, documents numbered 16, 19 (Ramos, Jeanette) (Entered: 04/01/2005) |
| 08/26/2005 | 23 | Govt's Assented to MOTION to Amend/Correct (Modify) the docket in this case - C.R. 04-30026-MAP as to Charles Winstonby USA filed. (Finn, Mary) (Entered: 08/26/2005) |
| 08/26/2005 |  | Judge Michael A Ponsor : Electronic ORDER entered granting 23 Motion to Modify docket as to Charles Winston (1). Pleadings to be docketed in this case and forwarded to Court of Appeals with copy of docket sheet. (Stuckenbruck, John) (Entered: 09/06/2005) |

| | | |
|---|---|---|
| 09/06/2005 | 24 | MOTION to Suppress as to Charles Winston. Motion originally filed and docketed in CR 03-30008 on 10/5/04. (Stuckenbruck, John) (Entered: 09/06/2005) |
| 09/06/2005 | 25 | Opposition by USA as to Charles Winston re [24] MOTION to Suppress (Attachments: # 1 Pages 21-40 of opposition# 2 Pages 41-58 of opposition). Opposition originally filed on 12/8/04 in CR 03-30008.(Stuckenbruck, John) (Entered: 09/06/2005) |
| 09/06/2005 | 26 | SUUPLEMENTAL MEMORANDUM in Opposition by USA as to Charles Winston re [24] MOTION to Suppress. Filed originally on 12/23/04 in CR 03-30008. (Stuckenbruck, John) (Entered: 09/06/2005) |
| 09/06/2005 | | Motions terminated as to Charles Winston: [24] MOTION to Suppress. Motion docketed this date in this case for appellate purposes. Motion was decided by court on 1/28/05. (Stuckenbruck, John) (Entered: 09/06/2005) |
| 09/09/2005 | 27 | Transmitted Supplemental Record on Appeal as to Charles Winston re 17 Notice of Appeal - Interlocutory Documents included: 23-26 (Ramos, Jeanette) (Entered: 09/09/2005) |
| 03/09/2006 | | Case as to Charles Winston no longer referred to Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 03/09/2006) |
| 04/26/2006 | 28 | JUDGMENT of USCA (certified copy) as to Charles Winston re 17 Notice of Appeal - Interlocutory. Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court is reversed and the case is remanded for further proceedings consistent with the opinion of this date. (Ramos, Jeanette) (Entered: 04/26/2006) |
| 05/08/2006 | 29 | NOTICE OF ATTORNEY APPEARANCE Kevin O'Regan appearing for USA. (O'Regan, Kevin) Additional attachment(s) added on 5/15/2006 (Finn, Mary). (Entered: 05/08/2006) |
| 05/16/2006 | | Notice of correction to docket made by Court staff. Notice of appearance filed by AUSA Kevin O'Regan updated to permit electronic noticing. (Hurley, Virginia) (Entered: 05/16/2006) |
| 06/28/2006 | 30 | MANDATE of USCA (certified copy) as to Charles Winston re 17 Notice of Appeal - Interlocutory. Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court is reversed and the case is remanded for further proceedings consistent with the opinion issued this date. (Ramos, Jeanette) (Entered: 06/28/2006) |
| 08/22/2006 | 31 | MOTION for Hearing *re: Post Remand Proceedings* as to Charles Winstonby USA. (O'Regan, Kevin) (Entered: 08/22/2006) |
| 08/23/2006 | | Judge Michael A Ponsor : endorsedORDER entered granting 31 Motion for STATUS CONFERENCE as to Charles Winston (1) |

| | | |
|---|---|---|
| | | CONFERENCE SET FOR 9/22/06 AT 2:00 P.M. (French, Elizabeth) (Entered: 08/23/2006) |
| 08/23/2006 | 🔍 | Set/Reset Deadlines/Hearings as to Charles Winston: Status Conference set for 9/22/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 08/23/2006) |
| 09/22/2006 | 🔍 | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Charles Winston held on 9/22/2006 Further Status Conference set for 11/3/2006 03:00 PM in Courtroom 1 before Judge Michael A Ponsor. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 09/22/2006) |
| 11/03/2006 | 🔍 | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Charles Winston held on 11/3/2006 Further status conference set for 1/5/07 at 2:00 p.m. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 11/07/2006) |
| 11/03/2006 | 🔍 | Set/Reset Deadlines/Hearings as to Charles Winston: Further Status Conference set for 1/5/2007 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 11/07/2006) |
| 01/05/2007 | 🔍 | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Charles Winston held on 1/5/2007 - Counsel for defendant to contact clerk by 2/28/07 as to status of this case and what further proceedings shall go forward (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 01/05/2007) |
| 01/31/2007 | 🔍 32 | MOTION for Arrest Warrant as to Charles Winstonby USA. (O'Regan, Kevin) (Entered: 01/31/2007) |
| 02/02/2007 | 🔍 | Judge Michael A Ponsor : endorsedORDER entered granting 32 Motion for Warrant as to Charles Winston (1) "Allowed. The clerk will issue a warrant" (French, Elizabeth) (Entered: 02/02/2007) |
| 02/02/2007 | 🔍 | *SEALED* Arrest/Detainer Warrant Issued by Michael A Ponsor as to Charles Winston. (To Marshals this date)(French, Elizabeth) (Entered: 02/02/2007) |
| 02/21/2007 | 🔍 33 | MOTION Request for Status Conference with Defendant Present as to Charles Winston. (Hoose, David) (Entered: 02/21/2007) |
| 02/23/2007 | 🔍 | Judge Michael A Ponsor : endorsedORDER entered granting 33 Motion for Status conference w/def. present as to Charles Winston (1) Status conference set for 3/28/07 at 2:00 p.m. Marshals shall be notified re: transport of defendant to court (French, Elizabeth) (Entered: 02/23/2007) |
| 02/23/2007 | 🔍 | Set/Reset Hearings as to Charles Winston: Status Conference set for 3/28/2007 02:00 AM in Courtroom 1 before Judge Michael A Ponsor. (Defendant shall be present) (French, Elizabeth) (Entered: 02/23/2007) |

| | | |
|---|---|---|
| 03/27/2007 |  | ELECTRONIC NOTICE OF RESCHEDULING STATUS CONFERENCE as to Charles Winston Status Conference RESET for 4/16/2007 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 03/27/2007) |
| 03/27/2007 | 34 | Writ of Habeas Corpus ad Prosequendum Issued as to Charles Winston for 4/16/07 (to marshals this date)(French, Elizabeth) Additional attachment(s) added on 3/29/2007 (Lindsay, Maurice). (Entered: 03/27/2007) |
| 04/16/2007 |  | NOTICE OF RESCHEDULING as to Charles Winston Status Conference RESET for 4/20/2007 03:00 PM in Courtroom 1 before Judge Michael A Ponsor. (Marshals notified)(French, Elizabeth) (Entered: 04/16/2007) |
| 04/20/2007 |  | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Charles Winston held on 4/20/2007 Jury Trial set for 7/16/2007 09:00 AM in Courtroom 1 before Judge Michael A Ponsor. Status Conference set for 5/8/2007 02:30 PM in Courtroom 1 before Judge Michael A Ponsor. Defendant requests CJA appointment of counsel; Financial affidavit to be filed w/Court; (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 04/20/2007) |
| 04/30/2007 |  | Attorney update in case as to Charles Winston. Attorney Ariane D. Vuono terminated. (Stuckenbruck, John) (Entered: 04/30/2007) |
| 05/08/2007 |  | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Charles Winston held on 5/8/2007 - Motion hearing set for 5/31/07 at 3:00 p.m.; Jury trial to remain on 7/16/07 at 9:00 a.m. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 05/09/2007) |
| 05/20/2007 | 36 | MOTION for Extension of Time to May 21, 2007 to File Motion for Order of Excludable Delay as to Charles Winstonby USA. (O'Regan, Kevin) (Entered: 05/20/2007) |
| 05/20/2007 | 37 | MOTION for Excludable Delay from June 28, 2006 to July 16, 2007 as to Charles Winstonby USA. (O'Regan, Kevin) (Entered: 05/20/2007) |
| 05/29/2007 |  | Judge Michael A Ponsor : endorsedORDER entered granting 36 Motion for Extension of Time to File as to Charles Winston (1)- (Motion for excludable delay filed on 5/20/07) Portion of motion requesting rescheduling of oral argument currently set for 5/31/07 Allowed - Hearing reset to 6/13/07 at 2:30 p.m.; Opposition to Motion filed extended to 6/6/07 (French, Elizabeth) (Entered: 05/29/2007) |
| 06/04/2007 | 38 | MOTION TO DISMISS and OPPOSITION TO GOVERNMENT'S MOTION FOR EXCLUDABLE DELAY (doc.#37)as to Charles Winston.(deleted and re-docketed on 6/21/07. wrong event used by counsel when originally docketed) (Stuckenbruck, John) (Entered: 06/21/2007) |

| 06/06/2007 | 🌑 | ELECTRONIC NOTICE OF RESCHEDULING OF HEARING ON MOTION per request of defense counsel and assent of government as to Charles Winston 37 MOTION for Excludable Delay from June 28, 2006 to July 16, 2007 : Motion Hearing RESET from 6/13/07 at 2:30 p.m. TO 6/19/2007 03:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 06/06/2007) |
|---|---|---|
| 06/19/2007 | 🌑 | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor :Motion Hearing as to Charles Winston held on 6/19/2007 re 37 MOTION for Excludable Delay from June 28, 2006 to July 16, 2007 filed by USA (Court Reporter Alice Moran.)(French, Elizabeth) (Entered: 06/20/2007) |
| 06/22/2007 | 🌑39 | Judge Michael A Ponsor : ABBREVIATED ORDER entered - FURTHER ORDER SETTING FORTH COURT'S REASONS IN GREATER DETAIL SHALL ISSUEdenying 37 Motion to Exclude as to Charles Winston (1); granting 38 Motion to Dismiss as to Charles Winston (1) The indictment in this matter is hereby ordered dismissed without prejudice (SEE ORDER FOR DETAILS) (French, Elizabeth) (Entered: 06/22/2007) |
| 06/22/2007 | 🌑40 | Judge Michael A Ponsor : ORDER entered Warrant issued on 2/2/07 to be withdrawn as to Charles Winston To Marshals this date (French, Elizabeth) (Entered: 06/22/2007) |
| 06/25/2007 | 🌑41 | Judge Michael A Ponsor : ORDER entered. MEMORANDUM RE: GOVERNMENT'S MOTION FOR EXCLUDABLE DELAY AND DEFENDANT'S MOTION TO DISMISS (dkt nos 37 & 38) as to Charles Winston (French, Elizabeth) (Entered: 06/25/2007) |