UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA

v.　　　　　　　　　　　CRIMINAL NO. 03-30008-MAP
　　　　　　　　　　　　　　　　　　　04-30026-MAP
CHARLES WINSTON, JR.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISCHARGE MORTGAGES

Now comes the defendant in the above captioned matters and requests that this Honorable Court discharge the following mortgages that were filed with the court as surety for his release on this indictment.

1. 76 Breckwood Circle, Springfield, MA  Book 3728, Page 541 Hampden County Registry of Deeds;

2. 31-33 Albemarle Street, Springfield, MA  Book 3852, Page 57 Hampden County Registry of Deeds.

As grounds therefore, the defendant states that he is currently in custody pursuant to judgment of conviction on this indictment #03-30008-MAP and indictment #04-30026-MAP has been dismissed.

Respectfully Submitted,
THE DEFENDANT,

By /s/ David P. Hoose
DAVID P. HOOSE,  BBO#239400
KATZ, SASSON, HOOSE & TURNBULL
1145 Main Street, Suite 304
Springfield, MA  01103
(413) 732-1939