UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



USDC Docket Number : 04-30026-MAP

UNITED STATES OF AMERICA,

v.

CHARLES WINSTON,

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

#'S  1 - 34, 36 - 42

and contained in   1   Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  7/16/07   .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on .

Sarah A Thornton, Clerk of Court

By:   /s/ Mary Finn
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 07/18/07   .

Melinda McKenzie
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:   07 - 2090

O:\Clerks Office\Forms\Local\ClerksCertificate-COA.frm- 3/06