## DISCHARGE OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS that the Clerk of the United States District Court, District of Massachusetts, holder of a Mortgage from Arthur and Helen Kitt for property located at 31-33 Albemarle Street, Springfield, Massachusetts to the Clerk of the United States District Court, District of Massachusetts and recorded with the Hampden County Registry of Deeds Book 3852, Page 57 acknowledge satisfaction of the same.

WITNESS our hands and seals this __24th__ Day of __JULY, 2007__.

_____                    _____
Witness                                     Deputy Clerk

### COMMONWEALTH OF MASSACHUSETTS

Hampden, ss.

On this __24th__ day before me, __Alice Moran__, the undersigned notary public, personally appeared __Elizabeth French__, proved to me through satisfactory evidence of identity, which were personally known to me to be the person(s) whose names are signed on this document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of their knowledge and belief.

_____
ALICE MORAN
Notary Public

My commission expires: __April 13, 2012__



ALICE MORAN
Notary Public
Commonwealth of Massachusetts
My Commission Expires Apr 13, 2012