DISCHARGE OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS that the Clerk of the United States District Court, District of Massachusetts, holder of a Mortgage from Phyllis Squaire for property located at 76 Breckwood Circle, Springfield, Massachusetts to the Clerk of the United States District Court, District of Massachusetts and recorded with the Hampden County Registry of Deeds Book 3728, Page 541 acknowledge satisfaction of the same.

WITNESS our hands and seals this __24th__ Day of __JULY, 2007_____.

_____          _____
Witness                                   Deputy Clerk

COMMONWEALTH OF MASSACHUSETTS

Hampden, ss.                              _____

On this _24th_ day before me, __Alice Moran__, the undersigned notary public, personally appeared __Elizabeth French__
_____, proved to me through satisfactory evidence of identity, which were personally known to me to be the person(s) whose names are signed on this document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of their knowledge and belief.

_____
ALICE MORAN
Notary Public

My commission expires: __April 13, 2012__

