# DISCHARGE OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS that the Clerk of the United States District Court, District of Massachusetts, holder of a Mortgage from Arthur and Helen Kitt for property located at 31-33 Albemarle Street, Springfield, Massachusetts to the Clerk of the United States District Court, District of Massachusetts and recorded with the Hampden County Registry of Deeds Book 13989, Page 571 acknowledge satisfaction of the same.

WITNESS our hands and seals this __24__ Day of __August, 2007__.

_Pauline A. Pytko_        _Elizabeth French_
Witness                                      Deputy Clerk

## COMMONWEALTH OF MASSACHUSETTS

Hampden, ss.                         _Hampden Cty, Springfield, MA_

On this __24th__ day of __August, 2007__ before me, __Laureen M. Cote__, the undersigned notary public, personally appeared __Elizabeth French__ _____, proved to me through satisfactory evidence of identity, which were personally known to me to be the person(s) whose names are signed on this document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of their knowledge and belief.

_Laureen M. Cote_
Notary Public

My commission expires: __6/20/2014__



LAUREEN M. COTE
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires June 20, 2014