# United States Court of Appeals
## For the First Circuit

**MANDATE**

No. 07-2090

DC: 04-30026

FILED
IN CLERKS OFFICE

2007 SEP 21 P 4: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES

Appellant

v.

CHARLES WINSTON, JR.

Defendant - Appellee

---

### JUDGMENT
Entered: September 20, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*Melinda McKenzie*
Deputy Clerk

Date: 09/20/07

By: **ERIC H. DEININGER**
Appeals Attorney

[cc: Charles Winston Jr., Kevin O' Regan AUSA, David Hoose Esq.]