# United States Court of Appeals
## For the First Circuit

MANDATE

No. 07-2090

DC: 04-30026

UNITED STATES

Appellant

v.

CHARLES WINSTON, JR.

Defendant - Appellee

FILED
IN CLERKS OFFICE

2007 SEP 21  P 4:29

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

**JUDGMENT**
Entered: September 20, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*Melinda McKenzie*
Deputy Clerk

Date: 09/20/07

By the Court:
Richard Cushing Donovan, Clerk

By: **ERIC H. DEININGER**
Appeals Attorney

[cc: Charles Winston Jr., Kevin O' Regan AUSA, David Hoose Esq.]